IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MORGENSTERN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL ALLIANCE,<br><br>　　　　　　Defendant.<br>_____ / | No. C 05-03156 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 20, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 23, 2006</u>.

DESIGNATION OF EXPERTS: <u>5/19/06</u>; REBUTTAL: <u>6/2/06</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 23, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>June 30, 2006</u>;

　　Opp. Due <u>July 14, 2006</u>; Reply Due <u>July 21, 2006</u>;

　　and set for hearing no later than <u>August 4, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 12, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 25, 2006</u> at <u>8:30 AM.</u>,
　　Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By December 19, 2006, counsel must advise the Court of the status of the Federal Labor Law preemption issue.

The ENE session shall occur in February 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/2/05

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge