DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th St, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
Marjorie Morgenstern

SANDRA RAE BENSON, Bar No. 121324
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023

Attorneys for Defendant I.A.T.S.E., Local 16

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MORGENSTERN,<br><br>        Plaintiff,<br>    vs.<br><br>INTERNATIONAL ALLIANCE OF<br>THEATRICAL STAGE EMPLOYEES,<br>LOCAL 16,<br><br>        Defendant. | Case No. C05-03156 SI<br><br>**STIPULATION AND PROPOSED ORDER RE EARLY NEUTRAL EVALUATION** |

It is hereby stipulated by and between the parties to this action, plaintiff Marjorie Morgenstern, and her attorneys, and defendant International Alliance of Theatrical Stage Employees, Local 16 (IATSE), and its attorneys, as follows:

---
1
STIPULATION AND PROPOSED ORDER RE EARLY NEUTRAL EVALUATION
*Morgenstern v. IATSE*, Case No. C05-03156 SI

1. The parties met with Mark S. Ross on February 15, 2006 for the purposes of an Early Neutral Evaluation.

2. Mr. Ross stated that the parties needed to conduct more discovery so that he could write a meaningful evaluation of the case.

3. The parties agreed that the Early Neutral Evaluation will be completed by the end of August 2006.

Dated: February 27, 2006

By: /S/_____
DEAN ROYER

Attorneys for plaintiff
MARJORIE MORGENSTERN

Dated: February 27, 2006

By: /S/_____
ANNE I. YEN

Attorneys for defendant
INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE
EMPLOYEES, LOCAL 16

Pursuant to stipulation,

IT IS SO ORDERED that the deadline for completion of Early Neutral Evaluation be reset for August 31, 2006.

Dated: _____, 2006

_____
JUDGE OF THE DISTRICT COURT

---

2
STIPULATION AND PROPOSED ORDER RE EARLY NEUTRAL EVALUATION
*Morgenstern v. IATSE*, Case No. C05-03156 SI