```
1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th St, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   MARJORIE MORGENSTERN
7
   SANDRA RAE BENSON, Bar No. 121324
8  ANNE I. YEN, Bar No. 187291
9  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
10 1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
11 Telephone: 510.337.1001
12 Facsimile: 510.337.1023
13 Attorneys for Defendant I.A.T.S.E., Local 16
```

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MORGENSTERN,<br><br>      Plaintiff,<br>vs.<br><br>INTERNATIONAL ALLIANCE OF<br>THEATRICAL STAGE EMPLOYEES,<br>LOCAL 16,<br><br>      Defendant. | Case No. C05-03156 SI<br><br>**[PROPOSED] ORDER RE**<br>**CONTINUANCE OF THE EARLY**<br>**NEUTRAL EVALUATION SESSION**<br>**SCHEDULED FOR AUGUST 10, 2006** |

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation Re Continuance Of The Early Neutral Evaluation Session Scheduled For August 10, 2006:

---

1

[PROPOSED] ORDER RE CONTINUANCE OF THE EARLY NEUTRAL EVALUATION
SESSION SCHEDULED FOR AUGUST 10, 2006
*Morgenstern v. IATSE*, Case No. C05-03156 SI

1     IT IS SO ORDERED that the Early Neutral Evaluation session scheduled for August 10,
2006 is cancelled. The session shall be rescheduled in accordance with orders made at the
August 18, 2006 case management conference.

5 Dated:_____        */s/ Susan Illston*

                              JUDGE OF THE U.S DISTRICT COURT

---

2

[PROPOSED] ORDER RE CONTINUANCE OF THE EARLY NEUTRAL EVALUATION
SESSION SCHEDULED FOR AUGUST 10, 2006
*Morgenstern v. IATSE*, Case No. C05-03156 SI