DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th St, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MARJORIE MORGENSTERN

SANDRA RAE BENSON, Bar No. 121324
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023

Attorneys for Defendant I.A.T.S.E., Local 16

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARJORIE MORGENSTERN, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 16, <br><br> Defendant. | Case No. C05-03156 SI <br><br> **[PROPOSED] ORDER RE MEMBERSHIP LIST OF INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 16** |

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulated Protective Order Re Membership List Of International Alliance Of Theatrical Stage Employees, Local 16:

IT IS SO ORDERED that a Protective Order be issued in accordance with the parties' stipulation.

---

1

[PROPOSED] ORDER RE MEMBERSHIP LIST OF INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES, LOCAL 16
*Morgenstern v. IATSE*, Case No. C05-03156 SI

1
2  Dated:_____                                    _____
3                                                        JUDGE OF THE U.S DISTRICT COURT
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28