DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th St, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MARJORIE MORGENSTERN

SANDRA RAE BENSON, Bar No. 121324
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023

Attorneys for Defendant I.A.T.S.E., Local 16

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MORGENSTERN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 16,<br><br>　　　　Defendant. | Case No. C05-03156 SI<br><br>**[PROPOSED] ORDER RE DOCUMENTS TO BE PRODUCED BY DEFENDANT PURSUANT TO THE COURT'S AUGUST 17, 2006 ORDER** |

## [PROPOSED] ORDER

Pursuant to the parties' Stipulated Protective Order Re Documents To Be Produced By Defendant Pursuant To The Court's August 17, 2006 Order:

IT IS SO ORDERED that a Protective Order be issued in accordance with the parties' stipulation.

---

1

[PROPOSED] ORDER RE DOCUMENTS TO BE PRODUCED BY DEFENDANT
PURSUANT TO THE COURT'S AUGUST 17, 2006 ORDER
*Morgenstern v. IATSE*, Case No. C05-03156 SI

Dated:_____    _____
                     *(signature: Susan Illston)*
                     JUDGE OF THE U.S DISTRICT COURT