IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE MORGENSTERN,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 16,<br><br>    Defendant.<br>_____ / | No. C 05-03156 SI<br><br>**ORDER OF ADMINISTRATIVE CLOSURE** |

    Plaintiff is currently too ill to continue litigating this action at this time. Accordingly, and with the consent of the parties, the action is administratively closed and all pending motions are withdrawn. The action may be reopened upon written notice to the Court by plaintiff's counsel. This closing is without prejudice to the legal positions of either party as of this date. In particular, this closing shall have no adverse statute of limitations consequences to plaintiff.

    **IT IS SO ORDERED.**

Dated: February 9, 2007

                                                                         SUSAN ILLSTON<br>                                                                         United States District Judge